1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant JOHNSON

6

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00776 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 28, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| JUSTIN LAMONT JOHNSON | ) | |
| Defendant. | ) | Hearing Date: January 24, 2012<br>Time: 10:00 a.m. |

The above-captioned matter is set on January 24, 2012 before this Court for a status hearing. The parties jointly request that the Court continue the matter to February 28, 2012, at 10:00 a.m., before this Honorable Court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between January 24, 2012 and February 28, 2012, so that the defense can have more time to assess the discovery in this case and to collect prior conviction records.

On October 20, 2011, the Grand Jury charged Justin Johnson with being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). On November 21, 2011, Mr. Johnson appeared before the magistrate court and was arraigned on the Indictment. Two days later, on November 23, 2011, the magistrate court detained Mr. Johnson. Mr. Johnson faces a maximum sentence of ten years imprisonment on this charge.

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0776 SBA

1  The defense requests that the Court continue this date because counsel for Mr. Johnson
2  needs additional time to review the discovery that the government has produced. Additionally,
3  the defense needs time to collect records and to research and assess the Guidelines and Mr.
4  Johnson's criminal history category. For these reasons, the defense requests additional time to
5  prepare, and the parties agree that it is appropriate to continue this case until February 28, 2012.

6  The parties stipulate and agree that the ends of justice served by this continuance
7  outweigh the best interest of the public and the defendant in a speedy trial. The parties further
8  agree that the failure to grant this continuance would unreasonably deny counsel for defendant
9  the reasonable time necessary for effective preparation, taking into account the exercise of due
10 diligence. Accordingly, the parties agree that the period of time from January 24, 2012 until
11 February 28, 2012, should be excluded in accordance with the provisions of the Speedy Trial
12 Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking
13 into account the exercise of due diligence.

15 DATED: January 19, 2012                         /S/
                                                  BRIGID MARTIN
16                                                Assistant United States Attorney

18 DATED: January 19, 2012                         /S/
                                                  ANGELA M. HANSEN
19                                                Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-0776 SBA          2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense needs additional time to assess the discovery in this case;

2. Given that the defense needs additional time to collect records and to research and assess the Guidelines and Mr. Johnson's criminal history category;

3. Given that a complete review of the discovery is necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of January 24, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset for February 28, 2012, at 10:00 a.m.  It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from January 24, 2012 until February 28, 2012.

DATED:  1/23/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge