UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUSTIN LAMONT JOHNSON, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br>  ) | No. CR 11-00776 SBA <br><br> ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON MAY 10, 2012, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: February 27, 2012 <br> Time: 10:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the February 27, 2012 status hearing in the above-captioned case be vacated and that this matter be set for change of plea and sentencing on May 10, 2012, at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between February 22, 2012, and May 10, 2012, to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO RESET HEARING AND EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT
No. CR 11-00776 SBA

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on May 10, 2012, at 10:00 a.m., and that time between February 22, 2012 and May 10, 2012, is excluded under the Speedy Trial Act, specifically, pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED: _2/22/12              _____
                             HON. SAUNDRA BROWN ARMSTRONG
                             United States District Judge

STIP. REQ. TO RESET HEARING AND EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT
No. CR 11-00776 SBA